RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/14/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| EDDIE L. THOMAS, JR. <br> FED. REG. NO. 07573-028 <br> VS. | CIVIL ACTION NO. 07-1625 <br><br> SECTION P <br><br> CHIEF JUDGE HAIK |
| WARDEN JOSEPH P. YOUNG | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 13th day of December, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE

COPY SENT
DATE 12/14/07
BY
TO